# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00339-CV

**Ruben Aleman, M.D., Appellant**

**v.**

**Texas Medical Board, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-14-003480, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 8, 2016. On counsel's motion, the time for filing was extended to October 7, 2016. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief an additional thirty-one days. We grant the motion for extension of time and order appellant to file a brief no later than November 7, 2016. No further extension of time will be granted and failure to comply with this order may result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a); 42.3(b), (c).

It is so ordered this 20th day of October, 2016.

Before Justices Puryear, Pemberton, and Field